IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LISA UNVERZAGT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:18-cv-2123-JPG-GCS |
| ) | |
| ALLIED INTERSTATE, LLC, ) | |
| ) | |
| Defendants. ) | |

# ORDER

### ORDER SETTING SCHEDULING CONFERENCE

Pursuant to SDIL-LR 16.2(a) and Federal Rules of Civil Procedure 16(b) & 26(f), an initial pretrial scheduling and discovery conference is hereby set before the Honorable Gilbert C. Sison via telephone conference call on **May 1, 2019, at 10:00 a.m**. **Instructions for placing the conference call are as follows: Call toll free 888-273-3658; when prompted enter Access Code 5699758; Security Code 2123**. At the scheduling conference, counsel will be expected to discuss all matters covered by Fed. R. Civ. P. 16(b) and 26(f), to include those matters set forth below, as well as all matters set forth in the Joint Report and Proposed Scheduling and Discovery Order.

The parties are to submit a Joint Report and Proposed Scheduling and Discovery Order using the form provided here.   If the case is a class action click here for the form.   The joint report shall be submitted **seven days** before the conference via e-mail to GCSpd@ilsd.uscourts.gov.

The purposes of the conference are:

1. To discuss the Joint Report of the Parties and the proposed discovery plan;
2. To discuss the possibility of early settlement of the case;
3. To discuss the possibility of using a voluntary alternative dispute resolution device (e.g. mediation, arbitration, summary jury trial, mini-trial) to resolve the dispute;
4. To discuss the complexity of the case and the nature and basis of the parties claims and defenses;
5. To confirm the presumptive date/month for trial (see SDIL-LR 16.1(a));
6. To establish a plan for the management of discovery in the case, including any limitations on the use of the various discovery devices that may be agreed to by the parties or ordered by the Court;
7. To discuss costs, if any, the parties may be willing to share to reduce overall discovery expenses, such as the use of a common electronic discovery vendor (if applicable), or other cost-saving measures;
8. To discuss any issues relating to disclosure or discovery of electronically stored information, including–
   a. the form or forms in which it should be produced,
   b. the topics for such discovery and the time period for which such discovery will be sought,
   c. the various sources of such information within a party's control that should be searched for electronically stored information, and
   d. whether the information is reasonably accessible to the party that has it, in terms of the burden and cost of retrieving and reviewing the information any issues relating to claims of privilege or of protection as trial-preparation material, including - if the parties agree on a procedure to assert such claims after production - whether to ask the Court to include their agreement in an order, and
9. To discuss any issues relating to claims of privilege or of protection as trial-preparation material, including- if the parties agree on a procedure to assert such claims after production- whether to ask the Court to include any agreement in an order under Federal Rule of Evidence 502;
10. To formulate a plan to simplify and narrow the issues in the case;
11. To discuss the deadlines for amendments to the pleadings, including the filing of third-party complaints, which deadline shall be no later than **90 days** following this conference;
12. To discuss the filing of potential motions and a schedule for their disposition, including the cut-off date for filing dispositive motions;
13. To set a cut-off date for completion of all discovery including experts' discovery, which date shall be no later than **115 days** before the first day of the month of the presumptive trial date;

14. To set the approximate date of the settlement conference (see SDIL-LR 16.3(b));
15. To discuss the advisability of one or more additional case management conferences prior to the final pretrial conference;
16. To cover any other procedural issues the Court determines to be appropriate for the fair and efficient management of the litigation.

IT IS SO ORDERED.

DATED:   March 27, 2019

                                           *s/ Gilbert C. Sison*
                                           Hon. Gilbert C. Sison
                                           United States Magistrate Judge