IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LISA UNVERZAGT, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:18-cv-2123-JPG-GCS |
| | ) | |
| vs. | ) | JURY TRIAL: |
| | ) | January 6, 2020 at 9:00 a.m. |
| ALLIED INTERSTATE, LLC, | ) | |
| | ) | FINAL PRETRIAL CONFERENCE: |
| Defendant. | ) | December 18, 2019 at 9:00 a.m. |

## ORDER ADOPTING JOINT REPORT AND
## PROPOSED SCHEDULING AND DISCOVERY ORDER

**SISON, Magistrate Judge:**

Having reviewed the Joint Report of the Parties and finding that the parties have complied with the requirements of FED. R. CIV. P. 26(f) and SDIL-LR 16.2(a), the Court hereby approves and enters the same.

Depositions upon oral examination, interrogatories, requests for documents, and answers and responses thereto shall not be filed unless on order of the Court. Disclosures or discovery under FED. R. CIV. P. 26(a) are to be filed with the Court only to the extent required by the final pretrial order, other Court order, or if a dispute arises over the disclosure or discovery and the matter has been set for briefing.

The parties should note that they may, pursuant to FED. R. CIV. P. 29, modify discovery dates set in the Joint Report by written stipulation, except that they may *not* modify a date if such modification would impact the deadline for the completion of all

discovery, the deadline for filing dispositive motions, or the date of any court appearance.

A Settlement Conference is set before Magistrate Judge Gilbert C. Sison on **September 5, 2019 at 9:00 a.m. in the East St. Louis Courthouse.**

As initially set by the Court, the Final Pretrial Conference is set for December 18, 2019, at 9:00 a.m. and Jury Trial is set for January 6, 2020 at 9:00 a.m.   Both settings are before District Judge J. Phil Gilbert in Benton, Illinois.

IT IS SO ORDERED.

DATED:   May 1, 2019

*s/ Gilbert C. Sison*
**GILBERT C. SISON**
**United States Magistrate Judge**