IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LISA UNVERZAGT, <br><br>Plaintiff, <br><br>v. <br><br>ALLIED INTERSTATE, LLC, <br><br>Defendant. | Case No. 18-cv-2123 JPG/GCS |

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: September 4, 2019**  MARGARET M. ROBERTIE, Clerk of Court

s/ Tina Gray
   **Deputy Clerk**


**Approved:** *s/J. Phil Gilbert*
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**